UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THERASE LASHOWN WARREN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HARLEY G. LAPPIN, et al., )<br>)<br>Defendants. ) | No. 1:06-cv-1383-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/18/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Therase Lashown Warren
Reg. No. 10553-041
USP - Atlanta
Box 150160
Atlanta, Georgia   30315